**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JEFFREY DUBNOW, M.D., <br><br> Plaintiff, <br><br> v. <br><br> DENIS MCDONOUGH, Secretary of Veteran Affairs, U.S. Department of Veteran Affairs. <br><br> Defendant. | Case No.: 1:22-cv-05580 <br><br> Hon. Jorge L. Alonso |

**CERTIFICATE OF SERVICE**

I, Alan W. Nicgorski, hereby certify that on November 18th, 2022, a copy of DR. Dubnow's Brief in Support of His Appeal of the Department of Veteran Affairs' September 6, 2022 Decision was served via the electronic filing system on all counsel of record.

By: /s/ *Alan W. Nicgorski*
Alan W. Nicgorski
HANSEN REYNOLDS LLC
150 S. Wacker Dr., 24th Fl.
Chicago, IL 60606
(312) 265-2252
anicgorski@hansenreynolds.com
*One of his attorneys*

1